**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERIK VARGAS, MARCO CHAVEZ, and RIGOBERTO OSONORIO, | |
| Plaintiffs, | |
| | Case No. 15-cv-02850 |
| v. | |
| | **Judge Jorge L. Alonso** |
| RYSZARD GORZ CONSTRUCTION, INC., RYSZARD GORZ, individually, RAFAL ROPIAK CONSTRUCTION, and RAFAL ROPIAK, individually, | Magistrate Judge Young B. Kim |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiffs, Erik Vargas, Marco Chavez, and Rigoberto Osonorio, and Defendants, Ryszard Gorz Construction, Inc. and Ryszard Gorz, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate and agree that effective with the filing of this Stipulation of Dismissal, this matter may be dismissed with prejudice and in its entirety as to all Defendants, with each party to bear its own costs and fees.

Dated: July 22, 2015

| | |
|---|---|
| ERIK VARGAS, MARCO CHAVEZ, and RIGOBERTO OSONORIO, | RYSZARD GORZ CONSTRUCTION, INC., and RYSZARD GORZ, individually, |
| /s/ Alejandro Caffarelli | /s/ Jeralyn H. Baran |
| Alejandro Caffarelli | Jeralyn H. Baran |
| Caffarelli & Associates Ltd. | Chuhak & Tecson, P.C. |
| 224 S. Michigan Ave., Suite 300 | 30 S. Wacker Drive, Suite 2600 |
| Chicago, Illinois 60604 | Chicago, Illinois 60606 |
| (312) 763-6880 | (312) 444-9300 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the attached document, **Stipulation of Dismissal**, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on July 22, 2015.

Jeralyn H. Baran (jbaran@chuhak.com)
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

/s/ Alejandro Caffarelli
One of Plaintiffs' attorneys